# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156849(125)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAFAELI, LLC, and ANDRE OHANESSIAN,
        Plaintiffs-Appellants,

v

OAKLAND COUNTY and ANDREW MEISNER,
        Defendants-Appellees.
_____/

SC: 156849
COA: 330696
Oakland CC: 2015-147429-CZ

On order of the Chief Justice, the motion of defendants-appellees to adjourn the case from the October 2019 session of the Court is GRANTED. The clerk is directed to schedule the case for oral argument at the November 2019 session of the Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 16, 2019



Clerk